[No. 31163-8-I.    Division One.    December 27, 1994.]

MICHAEL K. TASKER, *Appellant*, v. DENNIS M. HINDMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-2-00559-6, Ronald Castleberry, J., entered

July 1, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Pekelis, C.J., and Agid, J.